CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 27 2014

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| LARRY RAY JOHNSON, | ) CASE NO. 7:14CV00079 |
| | ) |
| Petitioner, | ) |
| v. | ) FINAL ORDER |
| | ) |
| | ) |
| RANDALL C. MATHENA, WARDEN, | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as without merit, and the action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

**ENTER**: This 27th day of February, 2014.

/s/ Glen Conrad
Chief United States District Judge